# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MD81 | 9544784 | ROBINSON T | 4019 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☐ CFR ☐ USC ☑ State Code |
|---|---|
| 10/05/2019 0309 | USC 18 SEC 13 / MTA 21-801 (b) |

**Place of Offense:** HOWARD CIRCLE NEAR REECE ROAD

**Offense Description: Factual Basis for Charge** — HAZMAT ☐

FAILURE TO CONTROL SPEED TO AVOID COLLISION

### DEFENDANT INFORMATION

Last Name: BANKS
First Name: BEN

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3DJ1005 | MD | 00 | HONDA CIVIC | | BLK |

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

N/A

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|
| TBA | TBA | TBA |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: NOT PRESENT

Original - CVB Copy

*9544784*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **05 OCT**, 20**19** while exercising my duties as a law enforcement officer in the **81st** District of **MD**.

~~At 0309 hours, on 05 October 2019, I (Unit 5-4 Robinson) responded to a traffic crash that occurred on Howard Circle near Reece Road. I observed a black in color 2000 Honda Civic 4DR SDN with MD REG# 3DJ1005 that failed to control speed to~~ avoid a collision impaired by alcohol, and crash into a FO (street curb) then crash into a parked vehicle. Further investigation revealed that the driver Mr. Ben Banks IV's MD driver's license #B-520-085-014-189 was suspended. Mr. Banks IV ~~was processed at the DES and released to the registered owner of the vehicle.~~

DRIVER WAS COOPERATIVE
TRAFFIC: MINOR / WEATHER: COOL
ROADS: DRY

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **10-05-2019**
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident